**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Detective George Schilter and Shriners Hospitals for Children v.
Cadence Bank, N.A.,

Appellate case number:   01-22-00317-CV

Trial court case number:  442,669

Trial court:                Probate Court No 3 of Harris County

On June 14, 2022, Appellant Shriners Hospitals for Children filed an unopposed Motion to Extend Time to Mediate.  In its motion, Appellant explains that mediation, which this Court ordered be completed by July 8, 2022, is scheduled for July 20, 2022 with mediator W. Russell Jones.  Appellant Shriners Hospitals for Children requests an extension of time to complete the mediation on that date.  The motion to extend time to mediate is **GRANTED.**

Also on June 14, 2022, Appellant Shriners Hospitals for Children filed an unopposed Motion to Extend Time to Abate Appeal Pending Mediation, or Alternatively, Motion to Extend Time to File Brief.  The motion to abate is **GRANTED**.  The appeal is abated, treated as a closed case, and removed from this Court's active docket.  The parties are **ORDERED** to submit a status report to the Court within 10 days of the completion of the July 20, 2022 mediation.

While the case is abated, the Court will consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own initiative.

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting individually

Date:  June 23, 2022